OPINION — AG — YOU ASK "IF THE STATE ELECTION BOARD IS AUTHORIZED BY LAW TO PAY OUT OF THE APPROPRIATIONS MADE TO SAID BOARD FOR THE CURRENT YEAR (SENATE BILL NO. 61 AND HOUSE BILL NO. 863) A CLAIM FILED BY MR. HENRY IRWIN IN THE SUM OF $33.20 FOR 'FOR MILEAGE INCURRED IN CARRYING OUT THE DUTIES OF PRESIDENTIAL ELECTOR AFTER THE GENERAL ELECTION OF NOVEMBER 8, 1960'?" — NEGATIVE CITE: 26 O.S. 1961 516 [26-516] (FRED HANSEN)